# United States District Court
## for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**OSCAR FIGUEROA ROSARIO**<br>*Defendant* | Case No. 25-mj- 109 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 1, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, subsequent to a felony conviction, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Mark E. Jann*
*Complainant's signature*

MARK E. JANN
Enforcement Officer
United States Customs and Border Protection
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 6, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

City and State:  Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK  )
COUNTY OF ERIE       )   ss.:
CITY OF BUFFALO      )

**MARK E. JANN**, being duly sworn, deposes and states:

1. I am an Enforcement Officer with United States Customs and Border Protection ("CBP") currently assigned as a Task Force Officer with Homeland Security Investigations ("HSI") within the Department of Homeland Security ("DHS") and have been so employed in immigration law enforcement for the past twenty-nine years. In such capacity, my duties include investigating individuals suspected of violating federal immigration laws and other related federal statutes.

2. As part of my current duties, I have investigated violations of the Immigration and Nationality Act and violations of the United States Code, in particular, Title 8, United States Code, Section 1326 [Re-entry of Removed Aliens].

3. I make this affidavit in support of a criminal complaint charging OSCAR FIGUEROA ROSARIO, an alien who is a citizen and national of Mexico, with violating Title 8, United States Code, Section 1326(a) and Title 8, United States Code, Section 1326(b)(1), involving re-entry of a previously deported or removed alien following a felony conviction.

4. The statements contained in this affidavit are based upon my personal knowledge and upon information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that FIGUEROA ROSARIO did knowingly violate Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

## PROBABLE CAUSE

5. On or about August 1, 2025, at approximately 1421 hours, United States Customs and Border Protection (CBP) Officer Kyle Martin encountered a vehicle with New York license plate 6909NF at the Peace Bridge Port of Entry that was driven by a United States Citizen and had a passenger with no identification. CBP Officer Martin reported that the driver stated that he and the passenger just finished a job and that they were returning home, but they made a wrong turn and did not intend to go to Canada. The occupants and the vehicle were escorted to secondary inspection due to the passenger not having any identification to prove his identity and citizenship.

6. At approximately 1424 hours, CBP Officer Michael Giunta entered FIGUEROA ROSARIO fingerprints into the Interagency Fingerprint Identification System ("IAFIS") database to verify his identity and any immigration history in the United States. The scan resulted in an identical fingerprint matching an FBI number and Alien File number. The FBI number was matched to FIGUEROA ROSARIO's prior felony conviction for a violation of Title 8, United States Code, Sections 1326(a) and (b)(1) [Illegal Re-entry of Removed Aliens Subsequent to a Felony Conviction] in the Western District of New York

on January 14, 2011, and a prior felony conviction for a violation of Title 8, United States Code, Section 1326(a) [Illegal Re-entry of Removed Aliens] on November 6, 2007, in the District of New Mexico.

7. At approximately 1743 hours, CBP Enforcement Officer Mark Jann read FIGUEROA ROSARIO the Miranda Warnings while using a Spanish interpreter Ana # 83993063 from Hotline Translation Services in the presence of CBP Officer Joe Amoia. FIGUEROA ROSARIO stated he understood the Miranda Warning and agreed to provide a statement without an attorney present. The defendant stated that his true and correct name was Oscar FIGUEROA ROSARIO, and that he was born in Mexico. FIGUEROA ROSARIO admitted to having been deported from the United States. Also, FIGUEROA ROSARIO admitted to being criminally prosecuted for being found in the United States without permission from the United States Government after being removed.

8. Immigration record checks regarding the Alien File number revealed that FIGUEROA ROSARIO was issued an Order of Removal by an Immigration Judge in Detroit, Michigan on December 3, 2004. Furthermore, immigration record checks revealed that FIGUEROA ROSARIO was subsequently deported from the United States to Mexico on September 20, 2007, November 6, 2007, January 27, 2009, January 30, 2009, and June 2, 2011.

9. A review of immigration records indicates that FIGUEROA ROSARIO had not applied for or received the requisite permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States.

10. Wherefore, I respectfully submit that the foregoing facts establish probable cause to believe that on or about August 1, 2025, OSCAR FIGUEROA ROSARIO, an alien, was found in the United States after having been previously deported or removed from the United States, without prior authorization or approval from the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code Sections 1326(a) and (b)(1).

*Mark E. Jann*
_____
MARK E. JANN
CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me telephonically
on this 6th day of August 2025.

*H. Kenneth Schroeder, Jr.*
_____
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge